No. 96–7690. SWANEY *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 96–7693. SANCHEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7698. JOHNSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–7700. MCKINNEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–7705. THOMAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7706. SANDOVAL ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7710. DEMPSEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–7711. GRESCHNER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–7725. MATTHEWS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–850. CITY OF ST. PETERSBURG *v.* BOWEN, TRUSTEE OF THE WILLIAM A. BOWEN TRUST AGREEMENT. Dist. Ct. App. Fla., 2d Dist. Motion of Florida League of Cities, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 96–860. ROE *v.* KENTUCKY BAR ASSN. Sup. Ct. Ky. Motion of petitioner for leave to file redacted appendices to petition for writ of certiorari granted. Certiorari denied.

No. 96–1027. MICHIGAN *v.* FERNENGEL. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–8502. TIDIK *v.* TIDIK, 519 U. S. 1076;
No. 96–409. DROBNY ET UX. *v.* UNITED STATES, 519 U. S. 1055;

No. 96–423.  COULTER ET AL. *v.* METROPOLITAN LIFE INSURANCE CO., INC., ET AL., 519 U. S. 1040;

No. 96–809.  GOULDING *v.* UNITED STATES, 519 U. S. 1059;

No. 96–835.  BELL *v.* UNITED STATES POSTAL SERVICE, 519 U. S. 1078;

No. 96–5170.  MORRIS ET UX. *v.* UNITED STATES ET AL., 519 U. S. 883;

No. 96–6427.  COOPER *v.* MALONE ET AL., 519 U. S. 1062;

No. 96–6517.  PARKER *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 519 U. S. 1064;

No. 96–6617.  BAST *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT, 519 U. S. 1081;

No. 96–6668.  WOMBLE *v.* NORTH CAROLINA, 519 U. S. 1095;

No. 96–6737.  WRONKE *v.* CANADY, 519 U. S. 1096;

No. 96–6813.  FOX *v.* UNITED STATES, 519 U. S. 1068; and

No. 96–6932.  IN RE DELESPINE, 519 U. S. 1054.  Petitions for rehearing denied.

No. 95–6649.  JONES *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 516 U. S. 1057.  Motion for leave to file petition for rehearing denied.

MARCH 17, 1997

No. 95–1546.  SHOKETSU KINZOKU KOGYO KABUSHIKI CO., LTD., AKA SMC CORP., ET AL. *v.* FESTO CORP.  C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Warner-Jenkinson Co.* v. *Hilton Davis Chemical Co., ante,* p. 17.

No. 96–874.  HONEYWELL, INC. *v.* LITTON SYSTEMS, INC. C. A. Fed. Cir.  Certiorari granted, judgment vacated, and case